# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LARRY DARNELL VENZANT**                                                         **PLAINTIFF**

VS.                              NO. 3:11CV00116-BD

**COLEMAN,** *et al.*                                                              **DEFENDANTS**

## ORDER

Defendants have moved for an extension of time to file dispositive motions in this lawsuit. For good cause, the motion (docket entry #25) is GRANTED. Dispositive motions are now due on or before December 9, 2011. In their motion, Defendants are requested to provide the Court with the full names of Sgts. Gamble, Mobley and Hall.

IT IS SO ORDERED this 29th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE