# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LARRY DARNELL VENZANT**                                                                 **PLAINTIFF**

VS.                                    NO. 3:11CV00116-BD

**COLEMAN,** *et al.*                                                                         **DEFENDANTS**

## ORDER

Defendants have moved for an extension of time to file dispositive motions in this lawsuit. The motion (docket entry #31) is GRANTED. Dispositive motions are now due on or before December 16, 2011.

IT IS SO ORDERED this 13th day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE