IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY DARNELL VENZANT**                                                                **PLAINTIFF**

VS.                                           NO. 3:11CV00116-BD

**COLEMAN,** *et al.*                                                                         **DEFENDANTS**

## ORDER

Defendants have moved for an extension of time to file dispositive motions. (Docket entry #34)  But they have now filed their motion for summary judgment. (#35)  Therefore, the motion for an extension of time (#34) is DENIED as moot.

The Clerk of the Court is requested to update the docket to reflect the complete names of Defendants Ronnie Coleman, Shenisa Mobley, Ronnie Gammon (sued as Gamble), and Willa Hall, as identified in their motion.

Mr. Venzant now has the opportunity to file a response opposing the Defendants' motion for summary judgment.  The response is due within fourteen (14) days of this Order.[1]  The response to the motion may include opposing affidavits that Mr. Venzant or

---

[1] Mr. Venzant is reminded of his responsibility to comply with Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas, which provides: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

others have signed.  Affidavits must be sworn to under oath (notarized) or declared under penalty of perjury (see 28 U.S.C. § 1746).  An affidavit must be based upon the personal knowledge of the person signing it.  No affidavit will be considered in ruling on the motion for summary judgment unless it was sworn to under oath or declared under penalty of perjury.

Local Rule 56.1 of the Rules of the United States District Court for the Eastern District of Arkansas requires Mr. Venzant to file a separate, short and concise statement setting forth the facts he thinks need to be decided at a trial.

IT IS SO ORDERED this 21st day of December, 2011.

_____
UNITED STATES MAGISTRATE JUDGE