IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY DARNELL VENZANT**                                                                 **PLAINTIFF**

VS.                                    NO. 3:11CV00116-BD

**COLEMAN,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Judgment is hereby entered in favor of all Defendants and against Plaintiff Larry Darnell Venzant, in accordance with the Order granting the Defendants' motion for summary judgment.

DATED this 23rd day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE